Filed at 2:19 PM
July 21, 2009
[signature]
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

RECEIVED
CLERK'S OFFICE
09 JUL 21 PM 2:08
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
ATHENS, GEORGIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| Levi-Kenneth: Hodges<br>  Claimant | )<br>)<br>) |
| Vs | ) TORT CLAIM FOR<br>) INJURIES AND<br>) DAMAGES |
| United States of America | )<br>) 3:09-cv-89 (CDL) |

To the United States of America

Jurisdiction for and the amount claimed rests in this COURT in accordance with Title 28 CHAPTER 171 Section 2679(b) of United States Code. (P.L. 100-694; 102 Stat. 4563; 28 U.S.C. 2671(note), 2674, 2679(note), 2679b and d), Title 28 U.S.C. 1346(b) and state statue, where applicable, under the Pari Materia Rule.

You are hereby notified that Levi-Kenneth: Hodges, 'Lien Claimant' c/o 6870 Lavonia Hwy, Lavonia, Georgia [ 30553 ] herein files this Claim for Damages under necessity, as a matter of right and such Claim for Damages arising out of violations as enumerated herein, and as agreed and stipulated by the TORT FEASOR, Michael Dunn, d.b.a. Agent/Internal Revenue Service as evidenced and attached hereto, thereby admitting, stipulating, confessing and agreement to causing injuries to claimants' private rights, property, due process of law/rights and otherwise to wit: for the injuries and damages committed by the agent identified above as Tort Feasor, Michael Dunn, d.b.a. Agent/Internal Revenue Service, Employee Identification Number 58-08303 working under the control and within the venue of the Internal Revenue Service, Small Business and Self-Employed, 355E. Hancock Avenue, Athens, Georgia 30601

This claim is based on injuries and damages sustained by myself and my property LEVI K, HODGES© beginning on August 20, September 4, September 25, October 18, 2007, March 31, April 8, 2008 and ongoing.

The injuries/damages sustained by claimant, as far as is known, as of the date of this presentation for this claim, consists of:

CLAIM 1

In compensation for the tortuous injury of **Assault** and **Identity Theft** under **Title 18 U.S.C. Section 1028(a)(7)**, by **(Tort Feasor)**, Michael Dunn, d.b.a. Agent/Employee/Internal Revenue Service, employed as an agent for Small Business and Self-Employed in the Athens, Georgia Office, while exercising a franchise, **I Levi-Kenneth: Hodges do hereby lay claim to damages of $2,000,000.00 (Two Million) each per count(s) (2 counts) in the amount of: $4,000,000.00 (Four Million) United States Dollars.**

CLAIM 2

In compensation for the additional injury of **Assault** and **Identity Theft** by use of my property LEVI K.HODGES©' Social Security Number under **Title 18 U.S.C. 1028(a)(7)** and **42 U.S.C. Section 408(a)(8)** in these unlawful and criminal act(s) by **(Tort Feasor)**, Michael Dunn, d.b.a. Agent/Employee/Internal Revenue Service, employed as an agent for Small Business and Self-Employed in the Athens, Georgia Office, while exercising a franchise, **I Levi-Kenneth: Hodges do hereby lay claim to damages of $2,000,000.00 (Two Million) each per count of (2 counts) in the amount of: $4,000,000.00 (Four Million) United States Dollars.**

CLAIM 3

In compensation for the additional injury of **Assault** with **Intent** to cause my property LEVI K. HODGES©' to commit perjury under **Title 18 U.S.C. Section 1512, "Tampering with a Witness"** by **(Tort Feasor)**, Michael Dunn, d.b.a. Agent/Employee/Internal Revenue Service, employed as an agent for Small Business and Self-Employed in the Athens, Georgia Office, while exercising a franchise, **I Levi-Kenneth: Hodges do hereby lay claim to damages of $2,000,000.00 (Two Million) each per count (2 Counts) in the amount of: $4,000,000.00 (4 Million) United States Dollars.**

CLAIM 4

In compensation for the additional injury of **Assault** under **duress** and the **fraudulent** assertion of authority by **Tort Feasor's** omission of notice, that my property Debtor LEVI K. HODGES©' was not required to respond to **Letter 2205-A (Rev. 7-2006) dated August 20, 2007** if that letter did not contain a valid "OMB" number in accordance with **Title 44 U.S.C. Section 3512(a)(1),(2),(b)**, by **(Tort Feasor)**, Michael Dunn, d.b.a. Agent/Employee/Internal Revenue Service, employed as an agent for Small Business and Self-Employed in the Athens, Georgia Office, while exercising a franchise, **I Levi-Kenneth: Hodges do hereby lay claim to damages in the amount of: $2,000,000.00 (Two Million) United States Dollars.**

CLAIM 5

In compensation for the additional injury of the **Assault** with **Intent** by **Invasion of Privacy** and **Identity Theft** to damage my property LEVI K. HODGES©' by **Tort Feasor's** non-disclosure in NOTICE that Fieldale Farms Corporation/Fieldale Farms Poultry, LLC was not required to respond to **Letter 1995 (DO) (Rev. 7-1985), Catalog Number 62794L dated March 31, 2008,** unless the letter contained a valid "OMB" control number in accordance with **Title 44 U.S.C. Section 3512(a)(1), (b)**, Identity Theft **Title 18 U.S.C. Section 1028(a)(7)** and the unlawful use of my property LEVI K. HODGES©' Social Security Number under **Title 42 U.S.C. Section 408(a)(8)** by **(Tort Feasor)**, Michael Dunn, d.b.a. Agent/Employee/Internal Revenue Service, employed as an agent for Small Business and Self-Employed in the Athens, Georgia Office, while exercising a franchise, **I Levi-Kenneth: Hodges do hereby lay claim to damages in the amount of: $2,000,000.00 (Two Million) United States Dollars.**

CLAIM 6

In compensation for the additional injury of sending **unauthorized** and **fraudulent documents** by and through the United States Post Office, **"Mail Fraud"** under **Title 18 U.S.C. Section 1341**, in order to intimidate, coerce by fraud my property LEVI K.HODGES©' into committing perjury, **"Tampering with a Witness"** under **Title 18 U.S.C. Section**

1512, by, **Tort Feasor,** Michael Dunn, d.b.a. Agent/Employee/Internal Revenue Service, employed as an agent for Small Business and Self-Employed in the Athens, Georgia Office, while exercising a franchise, **I Levi-Kenneth: Hodges do hereby lay claim to damages of $2,000,000.00 (Two Million) per count of (3 counts)in the amount of: $6,000,000.00 (SIX Million) United States Dollars.**

CLAIM 7

In compensation for the additional injury of **denying right to due process of law** of my property LEVI K. HODGES© under **United States of America Constitution Article 7,** by **Tort Feasor,** Michael Dunn, d.b.a. Agent/Employee/Internal Revenue Service, employed as an agent for Small Business and Self-Employed in the Athens, Georgia Office, while exercising a franchise, **I Levi-Kenneth; Hodges do hereby lay claim to damages in the amount of: $2,000,000.00 (Two Million) United States Dollars.**

CLAIM 8

In compensation for the additional injury of the **assault/extortion** and **theft** of my property LEVI K.HODGES©' identity/identification, as defined at **Title 18 U.S.C. Section 1951,** by **Tort Feasor,** Michael Dunn, d.b.a. Agent/Employee/Internal Revenue Service for Small Business and Self-Employed in the Athens, Georgia Office, while exercising a franchise, **I Levi-Kenneth: Hodges do hereby lay claim to damages in the amount of: $2,000,000.00 (Two Million) United States Dollars.**

CLAIM 9

In compensation for the additional injury of the **assault, extortion, willful oppression under color of law and the lack of performance of duty with intent to demand greater sums than required by law by false statement(s)and fraud,** as defined at **26 U.S.C. Section 7214(a)(1),(2),(3),** in the instant matter(s) of communication(s) sent to Fieldale Farms Corporation/Fieldale Farms Poultry, LLC. with the malicious criminal intent to damage contractual relations between my Debtor LEVI K. HODGES© and Fieldale Farms Corporation/Fieldale Farms Poultry, LLC by **Tort Feasor,** Michael Dunn, d.b.a. Agent/Employee/Internal

Revenue Service for Small Business and Self-Employed in the Athens, Georgia Office, while exercising a franchise, I **Levi-Kenneth: Hodges do hereby lay claim to damages in the amount of: $2,000,000.00 (Two Million) United States Dollars.**

CLAIM 10

In compensation for the additional injury of **Assualt, Extortion, willful oppression under color of law and the lack of performance of duty with intent to demand greater sums than required by law by false statement(s) and fraud,** as defined at **26 U.S.C. Section 7206(2),** in these instant matters for unjust enrichment by **Tort Feasor,** Michael Dunn, d.b.a. Agent/Employee/Internal Revenue Service for Small Business and Self-Employed in the Athens, Georgia Office, while exercising a franchise, I **Levi-Kenneth: Hodges do hereby lay claim to damages in the amount of: $2,000,000.00 (Two Million) United States Dollars.**

CLAIM 11

In compensation for the additional injury of **Trespass to Chattels** of my property LEVI K. HODGES©' contractual relations with Fieldale Farms Corporation/Fieldale Farms Poultry, LLC, caused by **Tort Feasor,** Michael Dunn, d.b.a. Agent/Employee/Internal Revenue Service, employed as an agent for Small Business and Self-Employed in the Athens, Georgia Office, while exercising a franchise, I **Levi-Kenneth: Hodges do hereby lay claim to damages in the amount of: $2,000,000.00 (Two Million) United States Dollars.**

CLAIM 12

In compensation as set forth in contract **(NOTICE) dated August 24, 2007,** that **Tort Feasor** by **Tort Feasor's** silence/act(s)/deeds knowingly, willingly and intentionally entered into a binding contract in letter/notice dated August 31. 2007, to compensate my property LEVI K. HODGES© as set forth in contract (NOTICE) dated August 24, 2007 by **(Tort Feasor),** Michael Dunn, d.b.a. Agent/Employee/Internal Revenue Service, employed as an agent for Small Business and Self-Employed in the Athens, Georgia Office, while exercising a franchise, I **Levi-Kenneth: Hodges do hereby lay claim in accordance with contractual agreement as set forth in contract NOTICE dated August 24, 2007 in the**

amount(s) of: $1,000,023,000.00 (One Million Twenty-Three Thousand) United States Dollars.

CLAIM 13

Michael Dunn, d.b.a. Agent/Internal Revenue Service sent to my Debtor LEVI K. HODGES© a letter dated December 22, 2008 claiming that it was in response to LEVI K. HODGES©' letter dated December 17, 2008 that questioned the authority of Internal Revenue Service employees to examine books, records and issue summons, make determinations of tax liability, question whether you were a person liable to file returns or pay federal taxes, as well as what tax you are liable for. A copy of the complete letter is herein attached as Exhibit "M" attached hereto and made a part of this claim for injuries and damages by reference herein.

In accordance with contract/agreement dated August 24, 2007 an additional amount of compensation is due and owing in the amount of **$1,000.00** for the mailing of letter dated December 22, 2008 to my property LEVI K. HODGES© and received on December 23, 2008.

**The total compensation claimed as of the date of this action is $33,024,000.00.**

Dated: *July 20, 2009*

Without Prejudice

*Levi-Kenneth: Hodges*
Levi-Kenneth: Hodges, Claimant,
Secured Party, Creditor